## BRUNS et v HIRT et

Ohio Appeals, 6th Dist, Sandusky Co

Decided Feb 24, 1936

Yager, Bebout & Stecher, Toledo, for plaintiffs in error.

Glenn P. Bracy, Village Solicitor, Clyde, and Harry Garn, Fremont, for defendant in error.

For full opinion see 6 OO 376; 52 Oh Ap 325.